In the Matter of KENNETH W. COHN (Admitted as KENNETH WAYNE COHN), an Attorney, Respondent. GRIEVANCE COMMITTEE FOR THE TENTH JUDICIAL DISTRICT, Petitioner.

Second Department, June 9, 1986

**APPEARANCES OF COUNSEL**

*Frank A. Finnerty, Jr.,* for petitioner.

**OPINION OF THE COURT**

Per Curiam.

The respondent was admitted to practice by this court on March 6, 1974. By order of this court dated January 4, 1985, a

disciplinary proceeding was authorized, the respondent was suspended from the practice of law pending the outcome of the disciplinary proceeding, and the matter was referred to a Special Referee to hear and report.

On June 4, 1985 the respondent was convicted in the County Court, Nassau County, of attempted grand larceny in the second degree, a class E felony (see, Penal Law §§ 110.05, 155.35), upon his plea of guilty. On September 10, 1985, the respondent was sentenced to 90 days' imprisonment and 5 years' probation, and was directed to pay restitution of $222,870.79.

Pursuant to Judiciary Law § 90 (4), the respondent ceased to be an attorney and counselor-at-law upon his conviction of a felony.

Accordingly, the petitioner's motion is granted. The respondent is disbarred and the clerk of the court is directed to strike his name from the roll of attorneys and counselors-at-law forthwith. The January 4, 1985, order of this court should be vacated to the extent that it authorized a disciplinary proceeding, appointed a Special Referee, and referred the matter for a hearing.

MOLLEN, P. J., LAZER, MANGANO, GIBBONS and LAWRENCE, JJ., concur.